IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MICHAEL KEITH**                                                                 **PETITIONER**

v.                                    No. 2:12-cv-180-DPM

**T.C. OUTLAW, Warden,**
**Federal Correctional Complex,**
**Forrest City, Arkansas**                                                **RESPONDENT**

## JUDGMENT

Keith petition for a writ of habeas corpus is dismissed with prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 June 2013